IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DARLENE T. CASTILLO,**

      Petitioner,

v.                                            No. CV 14-0733 RB/LAM

**ARLENE HICKSON, Warden, et al.,**

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 8)*, filed on January 8, 2015. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed. The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 8)*, and dismiss Petitioner's § 2254 habeas corpus petition [*Doc. 1*] and this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 8)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that Petitioner's § 2254 habeas corpus petition [*Doc. 1*] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**